# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ALEXANDER ROMERO CARRETO** | **CIVIL ACTION NO. 25-1809 SEC P** |
| **VERSUS** | **JUDGE JERRY EDWARDS JR.** |
| **PAMELA BONDI ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Having considered Petitioner Alexander Romero Carreto's Emergency Motion for Temporary Restraining Order ("Motion") (R. Doc. 7), including Petitioner's representation in his Motion that notwithstanding the exigencies identified in Petitioner's filings, Petitioner's Motion is not an ex parte application,

**IT IS ORDERED** that the Respondents shall file a written response with the Court responding to Petitioner's Motion on or before **November 26, 2025**, and that Petitioner shall file a written reply to Respondents' response with the Court on or before **November 28, 2025**.

**IT IS FURTHER ORDERED** that counsel for Petitioner shall serve this Order on counsel for Respondents via email to Shannon Smitherman, shannon.smitherman@usdoj.gov (Assistant United States Attorney, Department of Justice).

**THUS DONE AND SIGNED** in Chambers this 19th day of November, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE