*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ALEXANDER ROMERO CARRETO
Plaintiff

Case No.    3:25-cv-01809

VS.
BONDI, *ET AL.*,
Defendant

Judge
Magistrate Judge

**ORDER**

IT IS ORDERED that <u>Jacqueline Pearce</u> be and is hereby admitted to the bar of this

Court pro hac vice on behalf of <u>Alexander Romero Carreto</u> in the above described action.

SO ORDERED on this, the  21st day of <u>November</u>, 20<u>25</u>.

_____
U.S. Magistrate Judge