*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ALEXANDER ROMERO CARRETO
Plaintiff

Case No.   3:25-cv-01809

VS.
BONDI, *ET AL.*,
Defendant

Judge
Magistrate Judge

**ORDER**

IT IS ORDERED that Melinda K. Johnson be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Alexander Romero Carreto in the above described action.

SO ORDERED on this, the 21st day of November, 2025.


_____
U.S. Magistrate Judge