*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ALEXANDER ROMERO CARRETO                    Case No.   3:25-cv-01809
Plaintiff

VS.                                                          Judge
BONDI, *ET AL.*,                              Magistrate Judge
Defendant

**ORDER**

IT IS ORDERED that <u>Shira D. Sandler</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Alexander Romero Carreto</u> in the above described action.

SO ORDERED on this, the 21st day of <u>November</u>, 20<u>25</u>.

_____
U.S. Magistrate Judge